# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 259 WAL 2014
:
                Respondent       : Petition for Allowance of Appeal from the
: Order of the Superior Court
:
        v.             :
:
:
:
REUBEN STOKES,           :
:
             Petitioner        :


## ORDER


**PER CURIAM**

    **AND NOW**, this 1st day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.